UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JERRY WILLIAMS and WENDELL NEAL, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ACKERMAN WRECKER SERVICE, INC., and WALTER GLEN SMITH,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>1:12-cv-00560-TWT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action. Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 23rd day of June, 2014.

**DELONG CALDWELL BRIDGERS & FITZPATRICK, LLC**

*s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791

*s/ Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Georgia Bar No. 262375

3100 Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303
(404) 979-3150
charlesbridgers@dcbflegal.com
kevin.fitzpatrick@dcbflegal.com

ATTORNEYS FOR PLAINTIFFS

**ADAMS, HEMINGWAY & WILSON, LLP**

*s/ F. Bradford Wilson, Jr.*
F. Bradford Wilson, Jr.
Georgia Bar No. 767975

P.O. Box 1956
544 Mulberry Street, Ste. 1000
Macon, GA  31202-1956
(478) 743-4601 Ext.2
brad.wilson@ahwllp.com

ATTORNEYS FOR DEFENDANTS

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JERRY WILLIAMS and WENDELL NEAL, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ACKERMAN WRECKER SERVICE, INC., and WALTER GLEN SMITH,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>1:12-cv-00560-TWT |

## CERTIFICATE OF SERVICE

I certify that on the date shown above, I electronically filed a true and correct copy of the parties' **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/EMF system which will automatically send email notification of such filing, constituting service to all attorneys of record.

　　　　　　　　　　　　　　　　　　　　*/s/ Kevin D. Fitzpatrick, Jr.*
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 262375
　　　　　　　　　　　　　　　　　　　　COUNSEL FOR PLAINTIFFS

3